

U.S. Department of Justice

United States Attorney
Eastern District of New York

NMA/LKG/KDE

271 Cadman Plaza East
Brooklyn, New York 11201

May 24, 2017

By E-mail and ECF

Elizabeth E. Macedonio, Esq. *(Att'y for V. Asaro)*
Charles Carnesi, Esq. *(Att'y for John J. Gotti)*
Vincent Ancona, Esq. *(Att'y for M. Guidici)*
Eric Franz, Esq. *(Att'y for M. Rullan)*

    Re: United States v. Vincent Asaro, et al.
       Criminal Docket No. 17-127 (ARR)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3500, the government hereby furnishes supplemental discovery with respect to the above-captioned case. You may obtain these materials, which will be available shortly, by contacting John Palermo at Dupe Coop at (973) 895-1359. A copy of the hard drive will also be made available to the defendants at their respective facilities.

| 000000155-000002634 | Linesheets and audio for a court-authorized wiretap on telephone number 347-604-2685 for the time period March through November 2014[1] |
|---|---|
| 000002635-000002638 | Linesheets and audio for a court-authorized wiretap on telephone number 347-670-9428 for the time period May 2014, a telephone used by defendant Gotti |
| 000002639-000003063 | Linesheets and audio for a court-authorized wiretap on telephone number 347-714-1103 for the time period August to October 2014 |
| 000003064-000003074 | Linesheets and audio for a court-authorized wiretap on telephone number 347-977-6514 for the time period August to September 2014 |

---

[1] The linesheets are being provided pursuant to the terms of the draft transcript stipulation entered into by all parties.

| 000003075-000004536 | Linesheets and audio for a court-authorized wiretap on telephone number 516-557-8601 for the time period May 2014 to October 2014 |
| --- | --- |
| 000004537 | Linesheets and audio for a court-authorized wiretap on telephone number 516-697-6219 for the time period July 2014 |
| 000004538-000005630 | Linesheets and audio for a court-authorized wiretap on telephone number 551-221-7139 for the time period May 2014 to June 2014 |
| 000005631-000007679 | Linesheets and audio for a court-authorized wiretap on telephone number 718-313-2204 for the time period June 2014 to November 2014 |
| 000007680-000007716 | Linesheets and audio for a court-authorized wiretap on telephone number 718-930-0036 for the time period July 2014 to August 2014 |
| 000007717-000007808 | Linesheets and audio for a court-authorized wiretap on telephone number 718-433-8501 for the time period May 2014 to June 2014 |
| 000007809-000008026 | Linesheets and audio for a court-authorized wiretap on telephone number 917-834-7982 for the time period June 2014 to July 2014 |

Please contact us if you have any questions or additional requests. The government reiterates its request for reciprocal discovery.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By: _____/s/_____
Nicole M. Argentieri
Lindsay K. Gerdes
Keith D. Edelman
Assistant U.S. Attorneys
(718) 254-6232/6155/6328

cc: Clerk of the Court (ARR) (by ECF)