

U.S. Department of Justice

United States Attorney
Eastern District of New York

LKG/KDE

271 Cadman Plaza East
Brooklyn, New York 11201

April 13, 2020

By ECF and Email

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Vincent Asaro
                Criminal Docket No. 17-127 (S-1) (ARR)

Dear Judge Ross:

      The government respectfully submits this letter enclosing the defendant Vincent Asaro's medical records pursuant to the Court's April 10, 2020 order ("Order").[1] See Order (directing the government to obtain and provide the defendant's medical records "that show the progression of his condition between January 24, 2020, see Hyle Letter Def.'s

---

[1] Given that the defendant's medical records contain personal and private information, the government will not file them on ECF unless directed to do so by the Court.

Ex. A, ECF No. 168-1, and April 7, 2020, when the defendant had his most recent medical evaluation.").

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

By:           /s/
          Lindsay K. Gerdes
          Keith D. Edelman
          Assistant U.S. Attorneys
          (718) 254-6155/6328

cc:    Clerk of Court (ARR) (by ECF and Email)
        Counsel of Record (by ECF and Email)
        Senior U.S. Probation Officer Joanmarie Langone (by Email)